UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERISSE LINEBARGER,

    Plaintiff,                                   No. 12-13157

v.                                           District Judge Lawrence P. Zatkoff
                                                Magistrate Judge R. Steven Whalen

RONALD DUPUIS, ET AL.,

    Defendants.
_____/

## ORDER

Defendants have filed a motion to compel discovery, amend the scheduling order, and to award costs [Doc. #26]. The Court held a telephonic conference with counsel for all parties on September 11, 2013. Being fully advised of the facts, the Defendants' motion is GRANTED.

No later than 14 days from the date of this Order, Plaintiff Sherisse Linebarger shall produce all written discovery requested by Defendants, and shall also, no later than 14 days from the date of this Order, appear for her deposition.

The scheduling order is amended as follows:

Discovery Cut-Off:                        October 10, 2013

Dispositive Motion Cut-Off:          October 31, 2013

The remaining dates in the Court's scheduling order of March 15, 2013 [Doc. #21] shall remain unchanged.

Based on her repeated failures to appear at her depositions and her failure to respond to the Defendants' discovery requests, Plaintiff is sanctioned in the amount of $100.00, which she shall pay to Defendants' attorney at her deposition. This sanction is

-1-

personal to the Plaintiff, not to Plaintiff's attorneys.

PLAINTIFF'S FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN FURTHER SANCTIONS, WHICH MAY INCLUDE DISMISSAL OF HER COMPLAINT WITH PREJUDICE.

IT IS SO ORDERED.


Dated: September 11, 2013                    s/R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on September 11, 2013, electronically and/or by U.S. mail.

                                             s/Michael Williams
                                             Case Manager for the
                                             Honorable R. Steven Whalen