UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERISSE LINEBARGER,

      Plaintiff,                                    CASE NO.    12-13157

v.                                             Hon. Lawrence P. Zatkoff

RONALD DUPUIS, ET AL.,

      Defendants,

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed this case pursuant to 42 U.S.C. § 1983, alleging that Defendants beat her and used unnecessary and excessive force against her. Plaintiff's state law claims were dismissed by the Court. This matter is currently before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation (Docket #34), wherein the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice. Plaintiff did not file any objection to the Report and Recommendation.

After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

Therefore, for the reasons set forth above, the Court hereby ORDERS that Plaintiff's cause of action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
Dated: November 14, 2013                  UNITED STATES DISTRICT JUDGE